## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on this 10th day of March, 2005, I caused a true and correct copy of the **Stipulation Of Voluntary Dismissal** to be served on the party listed below via First Class United States Mail.

James R. Fletcher, President
American Sling Company, Inc.
6400 Airport Freeway
Fort Worth, TX 76117-5324

                                                 Mary E. Augustine (No. 4477)

579145v1